Before STATE INDUSTRIAL BOARD, Respondent. BRIDGET ANDERSON, Claimant,

---

* Added by Laws of 1920, chap. 919; formerly Code Civ. Proc. § 1902; Id. § 841-b, as added by Laws of 1913, chap. 228.—[REP.

Respondent, v. SCHIEFFELIN & Co., and Another, Appellants.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground that the award rests on the uncorroborated hearsay statements of the deceased. Cochrane, P. J., H. T. Kellogg, Van Kirk, Hasbrouck and McCann, JJ., concur.